IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

V.                                    NO. 4:14-CR-73-DMB-JMV

TRIVARIS KEMONTA DORSEY

## ORDER GRANTING MOTION FOR CONTINUANCE

On November 4, 2014, Defendant Trivaris Kemonta Dorsey filed a motion [25] to continue the trial currently set for November 10, 2014, and related pretrial deadlines currently scheduled. The motion represents that Defendant and his attorney have engaged in ongoing settlement discussions and a continuance is needed to allow the court to schedule this matter for plea so that justice may be done. The requested relief is unopposed by the Government. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant sufficient time to engage in plea discussions with his counsel, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Monday, December 8, 2014**. The plea agreement deadline is reset for November 24, 2014; and the pre-trial motion deadline is reset for November 10, 2014. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 5th day of November, 2014.

                                    **/s/ Debra M. Brown**
                                    **UNITED STATES DISTRICT JUDGE**